

COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS

| | § | |
|---|---|---|
| MAX GROSSMAN, | § | No. 08-19-00277-CV |
| Appellant, | § | Appeal from the |
| v. | § | 384th District Court |
| CITY OF EL PASO, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2017-DCV2528) |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed due to consolidation. As an administrative matter only, and not with respect to the merits which have been consolidated into another action, we therefore dismiss the appeal due to consolidation. This Court makes no other order with respect to the costs of the appeal.

IT IS SO ORDERED this 27th day of November, 2019.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.